# EXHIBIT B

| US9986435 | Time Clock Plus's (TCP) Mobile Clock App ("The Accused System") |
|---|---|
| 1. A method to perform an action, comprising:<br><br>receiving, by a first device located at a first geographical location, one or more messages that: | The accused system practices a method to perform an action (e.g., enabling user for clocking in or clocking out), comprising: receiving, by a first device (e.g., TCP server) located at a first geographical location (e.g., geographical location of a TCP data centre), one or more messages (e.g., geolocation information messages from a mobile device enabled with TCP Mobile Clock app, messages with location updates from a mobile device enabled with TCP Mobile Clock app).<br><br><br><br>TCP's time and attendance software, powered by TimeClock Plus, is designed to automate the time-keeping processes you need to proactively manage labor-related risk, control labor costs and ensure your whole team is more productive.<br><br>Your people are your company's most significant investment and the ability to make truly strategic decisions around how to leverage your workforce requires more than basic time tracking.<br><br>Our online time and attendance software not only enables you to automate employee time collection, it interacts with all key elements that engage the workforce (clock in/out, schedules, PTO tracking, hour tracking, etc.) making it the foundation of a unified workforce management solution that helps you unlock the potential of your team.<br><br>https://www.tcpsoftware.com/employee-time-tracking |



## TRACK EMPLOYEE OPERATIONS

⊙ View employee clock operations via a google maps view, the clock operation location will show as a pin on the map

⊙ Associate employee timesheet entries with geo location punches and view them in the individual or group hours tab

⊙ Geo-locations are accurate within a 10 yard radius

⊙ Track or restrict exceptions when clock operations happen outside the allowed geo-fenced radius



https://www.tcpsoftware.com/uploads/documents/Geo-Location.pdf

## Geofencing

Geofencing allows you to map areas where MobileClock operations are allowed. This ensures that employees will not perform clock operations from home, on the road to work, or elsewhere.

In the examples below, we will follow Winston as he sets up geofences for his traveling sales representatives. Each of these employees in Winston's company works at the main office, a job site across the state, and/or a job site across the country.

https://timeclockplus.force.com/TCPSupport/s/article/Geofencing-Essentials

## Setting Up a Geofence

1. Browse to Configure > Geofencing > Geofences.
2. Click the green Add button.
3. An Add Geofence window will appear. At the top, define a Name for the geofence, as well as a Type of geofence.
4. This window contains a Google Maps™ viewer. Zoom in/out on the map and drag it around to find your desired location, and click the location to set the center of the geofence.

**NOTE:** Some browsers give users the option to share locations to narrow down where the Geofence should center. If a user creates a Geofence centered at his or her current location, sharing the location may help set up the Geofence.

5. Define the parameters of your geofence. If using a circle geofence, then circular handles on the edges of the circle will allow you to expand and contract the diameter of the geofence.
6. Once your geofence is defined, click the blue Add button. This will add the geofence to the list.
7. Geofences can be edited by selecting them in the list, and altering settings as needed. Geofences can be deleted by clicking the gray Delete button.

https://timeclockplus.force.com/TCPSupport/s/article/Geofencing-Essentials

## Geofences



Individual areas where clock operations are allowed are called geofences.
Generally, these will be individually mapped locations. .

https://timeclockplus.force.com/TCPSupport/s/article/Geofencing-Essentials

### Example:

Winston's employees normally clock in at the home office, and at the office buildings where the other two sites are located, but Winston does not want them to clock in from the parking lot. In this case, he does the following:

- Winston creates a geofence called "Home Office."
- He clicks on the office building to establish the center of his geofence.
- He shrinks the circle so that the entire building is contained, and as much of the parking lot as possible is excluded.
- Following this, he does the same for Site 1, creating a separate geofence.

Winston also wants to set up a geofence for Site 2, which comprises several blocks in New York City's financial district:

- Winston creates a geofence called "Site 2."
- For this fence, he zooms in on New York City and clicks on part of Lower Manhattan to establish the center of his geofence.
- Winston then expands his geofence so that it encases several city blocks in Lower Manhattan. This ensures that Winston's employees can clock in and begin working within this area.

https://timeclockplus.force.com/TCPSupport/s/article/Geofencing-Essentials

*Personal Data We Host on Behalf of Clients.*

TCP processes and stores Personal Data concerning Client staff on behalf of those Clients who have engaged us to do so. In particular, we process the following categories of Personal Data for Clients:

a. *Profile Data.* We may process general demographic data about you that you or your employer enters into the Services. Profile data may include username, password, first name, last name, address, email, phone number, job title, employee ID, taxpayer ID, gender, date or birth, hire date, termination date, language preference, payroll classification, employment classification, pay rates, work schedules, employment contracts, and labor union affiliation.

b. *Service Data.* We may process Personal Data collected from you in connection with using the Services, including clock-in time, clock-out time, clock-in location, clock-out location, leave requests, including vacation, sick, and other third-party defined leave reasons, leave accruals, FMLA cases, and hours worked.

c. *EU Resident Special Category Data.* We may collect certain "special categories" of Personal Data, as identified in the GDPR, from EU residents including photographic images, racial, or ethnic data, biometric data, physical or mental health data, and data concerning religious or other beliefs.

https://www.tcpsoftware.com/privacy



https://play.google.com/store/apps/details?id=com.timeclockplus.MobileClock

| | |
|---|---|
| indicate geographical location information of a second device located at a second geographical location, and | The accused system practices receiving, at a first device (e.g., TCP server), a message which indicates geographical location information (e.g., location of mobile device with TCP Mobile Clock app) of a second device located at a second geographical location (e.g., mobile device enabled with TCP Mobile Clock app).<br><br>As shown below, a device enabled with the TCP Mobile Clock app sends location information to a TCP server which uses the location of user to allow the user for clocking in or clocking out.<br><br><br><br>https://www.tcpsoftware.com/uploads/documents/Geo-Location.pdf |

## Geofencing

Geofencing allows you to map areas where MobileClock operations are allowed. This ensures that employees will not perform clock operations from home, on the road to work, or elsewhere.

In the examples below, we will follow Winston as he sets up geofences for his traveling sales representatives. Each of these employees in Winston's company works at the main office, a job site across the state, and/or a job site across the country.

https://timeclockplus.force.com/TCPSupport/s/article/Geofencing-Essentials

## Setting Up a Geofence

1.  Browse to Configure > Geofencing > Geofences.
2. Click the green Add button.
3. An Add Geofence window will appear. At the top, define a Name for the geofence, as well as a Type of geofence.
4. This window contains a Google Maps™ viewer. Zoom in/out on the map and drag it around to find your desired location, and click the location to set the center of the geofence.

**NOTE:** Some browsers give users the option to share locations to narrow down where the Geofence should center. If a user creates a Geofence centered at his or her current location, sharing the location may help set up the Geofence.

5. Define the parameters of your geofence. If using a circle geofence, then circular handles on the edges of the circle will allow you to expand and contract the diameter of the geofence.
6. Once your geofence is defined, click the blue Add button. This will add the geofence to the list.
7. Geofences can be edited by selecting them in the list, and altering settings as needed. Geofences can be deleted by clicking the gray Delete button.

https://timeclockplus.force.com/TCPSupport/s/article/Geofencing-Essentials

# Geofences



Individual areas where clock operations are allowed are called geofences.
Generally, these will be individually mapped locations. .

https://timeclockplus.force.com/TCPSupport/s/article/Geofencing-Essentials

### Example:

Winston's employees normally clock in at the home office, and at the office buildings where the other two sites are located, but Winston does not want them to clock in from the parking lot. In this case, he does the following:

- Winston creates a geofence called "Home Office."
- He clicks on the office building to establish the center of his geofence.
- He shrinks the circle so that the entire building is contained, and as much of the parking lot as possible is excluded.
- Following this, he does the same for Site 1, creating a separate geofence.

Winston also wants to set up a geofence for Site 2, which comprises several blocks in New York City's financial district:

- Winston creates a geofence called "Site 2."
- For this fence, he zooms in on New York City and clicks on part of Lower Manhattan to establish the center of his geofence.
- Winston then expands his geofence so that it encases several city blocks in Lower Manhattan. This ensures that Winston's employees can clock in and begin working within this area.

https://timeclockplus.force.com/TCPSupport/s/article/Geofencing-Essentials

*Personal Data We Host on Behalf of Clients.*

TCP processes and stores Personal Data concerning Client staff on behalf of those Clients who have engaged us to do so. In particular, we process the following categories of Personal Data for Clients:

a. *Profile Data.* We may process general demographic data about you that you or your employer enters into the Services. Profile data may include username, password, first name, last name, address, email, phone number, job title, employee ID, taxpayer ID, gender, date or birth, hire date, termination date, language preference, payroll classification, employment classification, pay rates, work schedules, employment contracts, and labor union affiliation.

b. *Service Data.* We may process Personal Data collected from you in connection with using the Services, including clock-in time, clock-out time, clock-in location, clock-out location, leave requests, including vacation, sick, and other third-party defined leave reasons, leave accruals, FMLA cases, and hours worked.

c. *EU Resident Special Category Data.* We may collect certain "special categories" of Personal Data, as identified in the GDPR, from EU residents including photographic images, racial, or ethnic data, biometric data, physical or mental health data, and data concerning religious or other beliefs.

https://www.tcpsoftware.com/privacy

15



https://play.google.com/store/apps/details?id=com.timeclockplus.MobileClock

| | |
|---|---|
| include a request for a first action to be performed by the first device, wherein the one or more messages are received from the second device, and wherein the geographical location information of the second device acts as authentication to allow the first action to be performed by the first device; and | The accused system practices receiving, at a first device (e.g., TCP server), a message which includes a request (e.g., clock in or clock out request) for a first action (e.g., enabling user for clocking in or clocking out) to be performed by the first device (e.g., TCP server), wherein the one or more messages (e.g., messages with location updates from a mobile device enabled with TCP Mobile Clock app) are received from the second device (e.g., the mobile device enabled with TCP Mobile Clock app), and wherein the geographical location information (e.g., location of mobile device with TCP Mobile Clock app) of a second device (e.g., mobile device enabled with TCP Mobile Clock app) acts as authentication to allow the first action (e.g., location information will authenticate user for clocking in, clocking out, etc.) to be performed by the first device (e.g., TCP server). <br><br> The location information of the second device (e.g., location of mobile with TCP Mobile Clock app) acts as authentication to allow the first action (e.g., enabling user for clocking in or clocking out, etc.) because it permits the first device (e.g., TCP server) to perform the first action (e.g., enabling user for clocking in or clocking out, etc.). |

## TRACK EMPLOYEE OPERATIONS

◉ View employee clock operations via a google maps view, the clock operation location will show as a pin on the map

◉ Associate employee timesheet entries with geo location punches and view them in the individual or group hours tab

◉ Geo-locations are accurate within a 10 yard radius

◉ Track or restrict exceptions when clock operations happen outside the allowed geo-fenced radius



https://www.tcpsoftware.com/uploads/documents/Geo-Location.pdf

## Geofencing

Geofencing allows you to map areas where MobileClock operations are allowed. This ensures that employees will not perform clock operations from home, on the road to work, or elsewhere.

In the examples below, we will follow Winston as he sets up geofences for his traveling sales representatives. Each of these employees in Winston's company works at the main office, a job site across the state, and/or a job site across the country.

https://timeclockplus.force.com/TCPSupport/s/article/Geofencing-Essentials

## Setting Up a Geofence

1. Browse to Configure > Geofencing > Geofences.
2. Click the green Add button.
3. An Add Geofence window will appear. At the top, define a Name for the geofence, as well as a Type of geofence.
4. This window contains a Google Maps™ viewer. Zoom in/out on the map and drag it around to find your desired location, and click the location to set the center of the geofence.

**NOTE:** Some browsers give users the option to share locations to narrow down where the Geofence should center. If a user creates a Geofence centered at his or her current location, sharing the location may help set up the Geofence.

5. Define the parameters of your geofence. If using a circle geofence, then circular handles on the edges of the circle will allow you to expand and contract the diameter of the geofence.
6. Once your geofence is defined, click the blue Add button. This will add the geofence to the list.
7. Geofences can be edited by selecting them in the list, and altering settings as needed. Geofences can be deleted by clicking the gray Delete button.

https://timeclockplus.force.com/TCPSupport/s/article/Geofencing-Essentials

## Geofences



Individual areas where clock operations are allowed are called geofences.
Generally, these will be individually mapped locations.
https://timeclockplus.force.com/TCPSupport/s/article/Geofencing-Essentials

Example:

Winston's employees normally clock in at the home office, and at the office buildings where the other two sites are located, but Winston does not want them to clock in from the parking lot. In this case, he does the following:

- Winston creates a geofence called "Home Office."
- He clicks on the office building to establish the center of his geofence.
- He shrinks the circle so that the entire building is contained, and as much of the parking lot as possible is excluded.
- Following this, he does the same for Site 1, creating a separate geofence.

Winston also wants to set up a geofence for Site 2, which comprises several blocks in New York City's financial district:

- Winston creates a geofence called "Site 2."
- For this fence, he zooms in on New York City and clicks on part of Lower Manhattan to establish the center of his geofence.
- Winston then expands his geofence so that it encases several city blocks in Lower Manhattan. This ensures that Winston's employees can clock in and begin working within this area.

https://timeclockplus.force.com/TCPSupport/s/article/Geofencing-Essentials

## Enforcing for Employees

To ensure that employees are unable to perform clock operations outside of a geofence, you will need to enable geofence exceptions.

Browse to Employee > Employee Profiles, select an employee, and go to the Exceptions tab. Under the Shift section, place a check mark next to Track geofencing exceptions, and a check mark next to Restrict on clock operation. You can also enable other options here as well if you so choose.

Once these settings are in place, click Save.

> **NOTE:** Enable these settings for multiple employee at once by using **Employee > Global Modification** or **Employee > Employee Roles**.

https://timeclockplus.force.com/TCPSupport/s/article/Geofencing-Essentials

### Personal Data We Host on Behalf of Clients.

TCP processes and stores Personal Data concerning Client staff on behalf of those Clients who have engaged us to do so. In particular, we process the following categories of Personal Data for Clients:

a. *Profile Data.* We may process general demographic data about you that you or your employer enters into the Services. Profile data may include username, password, first name, last name, address, email, phone number, job title, employee ID, taxpayer ID, gender, date or birth, hire date, termination date, language preference, payroll classification, employment classification, pay rates, work schedules, employment contracts, and labor union affiliation.

b. *Service Data.* We may process Personal Data collected from you in connection with using the Services, including clock-in time, clock-out time, clock-in location, clock-out location, leave requests, including vacation, sick, and other third-party defined leave reasons, leave accruals, FMLA cases, and hours worked.

c. *EU Resident Special Category Data.* We may collect certain "special categories" of Personal Data, as identified in the GDPR, from EU residents including photographic images, racial, or ethnic data, biometric data, physical or mental health data, and data concerning religious or other beliefs.

https://www.tcpsoftware.com/privacy



https://play.google.com/store/apps/details?id=com.timeclockplus.MobileClock

| | |
|---|---|
| autonomously performing, based at least on the received one or more messages, by the first device, the authenticated first action. | The accused system practices autonomously performing, based at least on the received one or more messages (e.g., location information update related message), by the first device (e.g., TCP server), the authenticated first action (e.g., enabling user for clocking in, clocking out, etc.).<br><br>As shown below, when a user with TCP app installed, enters or stays within certain area/geofence set by TCP server's administrator, the user will be able to clock in or clock out within the geofence whereas outside the geofence, clocking operations are prohibited.<br><br>**TRACK EMPLOYEE OPERATIONS**<br><br><br><br>https://www.tcpsoftware.com/uploads/documents/Geo-Location.pdf |

## Geofencing

Geofencing allows you to map areas where MobileClock operations are allowed. This ensures that employees will not perform clock operations from home, on the road to work, or elsewhere.

In the examples below, we will follow Winston as he sets up geofences for his traveling sales representatives. Each of these employees in Winston's company works at the main office, a job site across the state, and/or a job site across the country.

https://timeclockplus.force.com/TCPSupport/s/article/Geofencing-Essentials

## Geofences



Individual areas where clock operations are allowed are called geofences. Generally, these will be individually mapped locations. .

https://timeclockplus.force.com/TCPSupport/s/article/Geofencing-Essentials

Example:

Winston's employees normally clock in at the home office, and at the office buildings where the other two sites are located, but Winston does not want them to clock in from the parking lot. In this case, he does the following:

- Winston creates a geofence called "Home Office."
- He clicks on the office building to establish the center of his geofence.
- He shrinks the circle so that the entire building is contained, and as much of the parking lot as possible is excluded.
- Following this, he does the same for Site 1, creating a separate geofence.

Winston also wants to set up a geofence for Site 2, which comprises several blocks in New York City's financial district:

- Winston creates a geofence called "Site 2."
- For this fence, he zooms in on New York City and clicks on part of Lower Manhattan to establish the center of his geofence.
- Winston then expands his geofence so that it encases several city blocks in Lower Manhattan. This ensures that Winston's employees can clock in and begin working within this area.

https://timeclockplus.force.com/TCPSupport/s/article/Geofencing-Essentials

## Enforcing for Employees

To ensure that employees are unable to perform clock operations outside of a geofence, you will need to enable geofence exceptions.

Browse to Employee > Employee Profiles, select an employee, and go to the Exceptions tab. Under the Shift section, place a check mark next to Track geofencing exceptions, and a check mark next to Restrict on clock operation. You can also enable other options here as well if you so choose.

Once these settings are in place, click Save.

> **NOTE:** Enable these settings for multiple employee at once by using **Employee > Global Modification** or **Employee > Employee Roles**.

https://timeclockplus.force.com/TCPSupport/s/article/Geofencing-Essentials

*Personal Data We Host on Behalf of Clients.*
TCP processes and stores Personal Data concerning Client staff on behalf of those Clients who have engaged us to do so. In particular, we process the following categories of Personal Data for Clients:

a. *Profile Data.* We may process general demographic data about you that you or your employer enters into the Services. Profile data may include username, password, first name, last name, address, email, phone number, job title, employee ID, taxpayer ID, gender, date or birth, hire date, termination date, language preference, payroll classification, employment classification, pay rates, work schedules, employment contracts, and labor union affiliation.

b. *Service Data.* We may process Personal Data collected from you in connection with using the Services, including clock-in time, clock-out time, clock-in location, clock-out location, leave requests, including vacation, sick, and other third-party defined leave reasons, leave accruals, FMLA cases, and hours worked.

c. *EU Resident Special Category Data.* We may collect certain "special categories" of Personal Data, as identified in the GDPR, from EU residents including photographic images, racial, or ethnic data, biometric data, physical or mental health data, and data concerning religious or other beliefs.

https://www.tcpsoftware.com/privacy



https://play.google.com/store/apps/details?id=com.timeclockplus.MobileClock