**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **MELLACONIC IP LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**TIMECLOCK PLUS, LLC,**<br><br>Defendant. | Civil Action No.: 1:22-cv-00244-CFC<br><br>**TRIAL BY JURY DEMANDED** |

**AMENDED CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and this Court's April 18, 2022 Standing Order Regarding Disclosure Statements, Plaintiff Mellaconic IP LLC hereby submits its Amended Corporate Disclosure Statement. Plaintiff states that it is a Texas limited liability company, its sole owner and managing partner is Hau Bui, it does not have a parent corporation, and no publicly held corporation owns ten percent (10%) or more of its stock.

| | |
|---|---|
| Dated: September 2, 2022<br><br>Together with:<br><br>Andrew S. Curfman (*Pro hac vice*)<br>SAND, SEBOLT & WERNOW CO., LPA<br>Aegis Tower – Suite 1100<br>4940 Munson Street NW<br>Canton, Ohio 44718<br>Telephone: (330) 244-1174<br>Facsimile: (330) 244-1173<br>Email: andrew.curfman@sswip.com | Respectfully submitted,<br><br>CHONG LAW FIRM PA<br><br>*/s/ Jimmy Chong*<br>Jimmy Chong (#4839)<br>2961 Centerville Road, Suite 350<br>Wilmington, DE 19808<br>Telephone: (302) 999-9480<br>Facsimile: (302) 800-1999<br>Email: patent@chonglawfirm.com<br><br>ATTORNEYS FOR PLAINTIFF |