IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELLACONIC IP LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 22-244-CFC |
| | ) |
| TIMECLOCK PLUS, LLC, | ) |
| | ) |
| Defendant. | ) |

| | |
|---|---|
| MELLACONIC IP LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 22-541-CFC |
| | ) |
| DEPUTY, INC., | ) |
| | ) |
| Defendant. | ) |

## **MEMORANDUM ORDER**

Whereas the amended corporate disclosure forms Plaintiff filed in the above-captioned cases identify Hau Bui as Plaintiff's owner; and

Whereas the Court has concerns about whether Plaintiff complied with the Court's standing order regarding third-party litigation funding;

NOW THEREFORE, at Wilmington this Twelfth day of September in 2022, it is HEREBY ORDERED that:

1. The Court will hold on November 4, 2022 at 10:00 a.m. an evidentiary hearing to determine whether Plaintiff has complied with the Court's standing order regarding third-party litigation funding;

2. The following individuals shall attend the hearing in person: Jimmy Chong; Andrew Curfman; and Hau Bui.

                                                              _____
                                                                                 CHIEF JUDGE