# THE CHONG LAW FIRM, P.A.

Licensed in:   Delaware, New Jersey, Pennsylvania

October 5, 2022

**VIA ECF**
Hon. Colm F. Connolly
United States Chief District Judge
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 31
Room 4124
Wilmington, Delaware 19801-3555

RE:   *Mellaconic IP LLC v. TimeClock Plus, LLC*
Civil Action No. 1:22-cv-00244-CFC
*Mellaconic IP LLC v. Deputy, Inc.*
Civil Action No. 1:22-cv-00541-CFC

Dear Judge Connolly:

In response to the Court's Memorandum Order setting an evidentiary hearing in the cases captioned above, Plaintiff Mellaconic IP LLC ("Plaintiff") hereby states that it does not receive from a person or entity that is not a party funding for some or all of the party's attorneys' fees and/or expense to litigate this action on a non-recourse basis. Plaintiff hired its attorneys at Sand, Sebolt & Wernow, CO. LPA on a contingency fee basis. Although Plaintiff's attorneys have a financial interest that is contingent on the results of the litigation, no third-party funding is received to pay for the attorneys' fees. All funding received by Plaintiff for this litigation, including the advance of any expenses, is provided on a recourse basis. Please see the attached declaration of Hau Bui, sole owner and managing partner of Plaintiff.

Accordingly, Plaintiff respectfully requests guidance from the Court regarding any further documents or evidence it seeks to obtain in the scheduled evidentiary hearings so Plaintiff may be fully responsive and ensure that the requested information is available to the Court.

**WILMINGTON, DE**
**Delaware Mailing Address**
2961 Centerville Rd. Ste 350
Wilmington, DE 19808
T. 302-999-9480

**LANSDALE, PA**
**Pennsylvania Mailing Address**
100 W. Main St. Ste 420
Lansdale, PA  19446
T. 215-909-5204

**PHILADELPHIA, PA**
**No Mail**
1845 Walnut Street, Suite 1300
Philadelphia, PA  19103
T. 215-909-5204

FAX FOR ALL LOCATIONS: 302-800-1999

WWW.CHONGLAWFIRM.COM

If there are any further questions or concerns, please contact the undersigned at the Court's convenience.

                        Respectfully submitted,

                        CHONG LAW FIRM PA

                        */s/ Jimmy Chong*
                        Jimmy Chong (#4839)
                        2961 Centerville Road, Suite 350
                        Wilmington, DE 19808
                        Telephone: (302) 999-9480
                        Facsimile: (302) 800-1999
                        Email: patent@chonglawfirm.com

                        Together with:

                        */s/ Andrew S. Curfman*
                        Andrew S. Curfman (*Pro hac vice*)
                        SAND, SEBOLT & WERNOW CO., LPA
                        Aegis Tower – Suite 1100
                        4940 Munson Street NW
                        Canton, Ohio 44718
                        Telephone: (330) 244-1174
                        Facsimile: (330) 244-1173
                        Email: andrew.curfman@sswip.com