IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELLACONIC IP LLC,<br><br>Plaintiff,<br><br>v.<br><br>TIMECLOCK PLUS, LLC,<br><br>Defendant. | Civil Action No.: 1:22-cv-00244-CFC |
| MELLACONIC IP LLC,<br><br>Plaintiff,<br><br>v.<br><br>DEPUTY, INC.,<br><br>Defendant. | Civil Action No.: 1:22-cv-00541-CFC |

### DECLARATION OF HAU BUI

I, Hau Bui, declare as follows:

1. I am the managing member and sole owner of Mellaconic IP LLC. I have personal knowledge of the facts set forth in this Declaration. I am competent to testify as to all matters stated, and I am not under any legal disability that would in any way preclude me from testifying.

2. Mellaconic IP LLC does not have arrangements to receive from a person or entity that is not a party funding for some or all of the party's attorney fees and/or expenses to litigate this action on a non-recourse basis in exchange for (1) a financial interest that is contingent upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal loan, bank loan, or insurance. Apart from the statement provided, Mellaconic IP LLC therefore has no

1

additional information responsive to the Court's April 18, 2022, Court's Standing Order Regarding Third-Party Litigation Funding Arrangements.

I declare under penalty of perjury that the foregoing is true and correct and that I have signed this declaration in <u>Waco</u>, <u>Texas</u> on <u>September 29</u>, 2022.

_____
Hau Bui
Managing Member, Mellaconic IP LLC