# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MELLACONIC IP LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**TIMECLOCK PLUS, LLC,**<br><br>Defendant. | Civil Action No.: 1:22-cv-00244-CFC<br><br>**TRIAL BY JURY DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now comes Plaintiff Mellaconic IP LLC, by and through its counsel, and pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), hereby voluntarily dismisses all of the claims asserted against Defendant TimeClock Plus, LLC in the within action, WITH PREJUDICE. TimeClock Plus, LLC has not served an answer or a motion for summary judgment.

| | |
|---|---|
| Dated: October 5, 2022 | Respectfully submitted, |
| Of counsel: | CHONG LAW FIRM PA |
| Andrew S. Curfman (*Pro hac vice*)<br>SAND, SEBOLT & WERNOW CO., LPA<br>Aegis Tower – Suite 1100<br>4940 Munson Street NW<br>Canton, Ohio 44718<br>Telephone: (330) 244-1174<br>Facsimile: (330) 244-1173<br>Email: andrew.curfman@sswip.com | */s/ Jimmy Chong*<br>Jimmy Chong (#4839)<br>2961 Centerville Road, Suite 350<br>Wilmington, DE 19808<br>Telephone: (302) 999-9480<br>Facsimile: (302) 800-1999<br>Email: patent@chonglawfirm.com<br><br>ATTORNEYS FOR PLAINTIFF |

SO ORDERED this\_\_\_day of October, 2022.

_____
UNITED STATES CHIEF DISTRICT JUDGE