IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELLACONIC IP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 22-244-CFC |
| | ) |
| TIMECLOCK PLUS, LLC, | ) |
| | ) |
| Defendant. | ) |

| | |
|---|---|
| MELLACONIC IP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 22-541-CFC |
| | ) |
| DEPUTY, INC., | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

Whereas the testimony of witnesses and representations of counsel at the November 4, 2022 hearing give rise to concerns that include but are not limited to the accuracy of statements in filings made by Plaintiff Mellaconic IP, LLC ("Mellaconic") with the Court and whether the real parties in interest are before the Court;

NOW THEREFORE, at Wilmington on this Tenth day of November in 2022, it is HEREBY ORDERED that Plaintiff shall produce to the Court no later

than December 8, 2022 copies of the following documents and communications that are in the possession, custody, and control of Mellaconic; Hau Bui; Sand, Sebolt & Wernow Co., LPA; and/or The Chong Law Firm, P.A.:

1. Any and all retention letters and/or agreements between Mellaconic and Sand, Sebolt & Wernow Co., LPA.

2. Any and all retention letters and/or agreements between Mellaconic and The Chong Law Firm, P.A.

3. Any and all communications and correspondence, including emails and text messages, that Hau Bui had with Mavexar, Linh Dietz, Papool Chaudhari, and/or any representative of Mavexar regarding:

    a. the formation of Mellaconic;

    b. assets, including patents, owned by Mellaconic;

    c. the potential acquisition of assets, including patents, by Mellaconic;

    d. the nature, scope, and likelihood of any liability, including but not limited to attorney fees, expenses, and litigation costs, Mellaconic could incur as a result of its acquisition of and/or assertion in litigation of any patent;

    e. U.S. Patent No. 9,986,435;

    f. the retention of Sand, Sebolt & Wernow Co., LPA to represent Mellaconic in these cases;

    g. the retention of The Chong Law Firm, P.A. to represent Mellaconic in these cases;

    h. the settlement or potential settlement of these cases;

    i. the dismissal of these cases; and

    j. the November 4, 2022 hearing, including but not limited to the travel expenses and arrangements for Mr. Bui to attend the hearing.

4. Any and all communications and correspondence, including emails and text messages, that Andrew Curfman and/or any employee or representative of Sand, Sebolt & Wernow Co., LPA had with Mavexar, Linh Dietz, Papool Chaudhari, and/or any representative of Mavexar regarding:

    a. the formation of Mellaconic;

    b. assets, including patents, owned by Mellaconic;

    c. the potential acquisition of assets, including patents, by Mellaconic;

    d. the nature, scope, and likelihood of any liability, including but not limited to attorney fees, expenses, and litigation costs, Mellaconic

could incur as a result of its acquisition of and/or assertion in litigation of any patent;

e. U.S. Patent No. 9,986,435;

f. the retention of Sand, Sebolt & Wernow Co., LPA to represent Mellaconic in these cases;

g. the settlement or potential settlement of these cases;

h. the dismissal of these cases; and

i. the November 4, 2022 hearing, including but not limited to the travel expenses and arrangements for Mr. Bui to attend the hearing.

5. Any and all communications and correspondence, including emails and text messages, that Jimmy Chong and/or any employee or representative of The Chong Law Firm, P.A. had with Mavexar, Linh Dietz, Papool Chaudhari, and/or any representative of Mavexar regarding:

a. the formation of Mellaconic;

b. assets, including patents, owned by Mellaconic;

c. the potential acquisition of assets, including patents, by Mellaconic;

d. the nature, scope, and likelihood of any liability, including but not limited to attorney fees, expenses, and litigation costs, Mellaconic

could incur as a result of its acquisition of and/or assertion in litigation of any patent;

   e. U.S. Patent No. 9,986,435;

   f. the retention of The Chong Law Firm, P.A. to represent Mellaconic in these cases;

   g. the settlement or potential settlement of these cases;

   h. the dismissal of these cases; and

   i. the November 4, 2022 hearing, including but limited to the travel expenses and arrangements for Mr. Bui to attend the hearing.

6. Any and all monthly statements for any and all bank accounts held by Mellaconic for the period February 1, 2022 through May 31, 2022.

7. Any and all documents relating to Mellaconic's use, lease, purchase, and/or retention of 6009 West Parker Road – Suite 149-1027, Plano, Texas 75093.

It is FURTHER ORDERED that Plaintiff shall submit no later than December 8, 2022 a sworn declaration from Hau Bui that identifies any and all assets owned by Mellaconic as of (1) February 25, 2022; and (2) April 27, 2022.

                                      */s/ Colm F. Connolly*
                                            CHIEF JUDGE