# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MELLACONIC IP LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**TIMECLOCK PLUS, LLC,**<br><br>Defendant. | Civil Action No.: 1:22-cv-00244-CFC |
| **MELLACONIC IP LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**DEPUTY, INC.,**<br><br>Defendant. | Civil Action No.: 1:22-cv-00541-CFC |

**PLAINTIFF'S MOTION TO SET ASIDE MEMORANDUM
ORDER OF NOVEMBER 10, 2022**

1

Plaintiff Mellaconic IP LLC hereby respectfully moves the Court to withdraw its Memorandum Order (the "Order") issued November 10, 2022 in the above captioned cases on the grounds that these cases are dismissed pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Court therefore lacks jurisdiction to enter the Order; the Order is overly broad; the Order calls for production of documents and communications that are outside the scope and are not related to matters that are collateral to the above-captioned cases; and the Order calls for production of documents and communications that are covered under privilege.

The basis for the Motion is detailed in Plaintiff's Memorandum being concurrently filed herewith.

| | |
|---|---|
| Dated: February 16, 2023 | Respectfully submitted, |
| Of counsel: | CHONG LAW FIRM PA |
| Andrew S. Curfman (*Pro hac vice*)<br>SAND, SEBOLT & WERNOW CO., LPA<br>Aegis Tower – Suite 1100<br>4940 Munson Street NW<br>Canton, Ohio 44718<br>Telephone: (330) 244-1174<br>Facsimile: (330) 244-1173<br>Email: andrew.curfman@sswip.com | */s/Jimmy Chong*<br>Jimmy Chong (#4839)<br>2961 Centerville Road, Suite 350<br>Wilmington, DE 19808<br>Telephone: (302) 999-9480<br>Facsimile: (302) 800-1999<br>Email: chong@chonglawfirm.com<br><br>ATTORNEYS FOR PLAINTIFF |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 16, 2023 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Jimmy Chong*
Jimmy Chong