IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELLACONIC IP LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 22-244-CFC |
| ) | |
| TIMECLOCK PLUS, LLC, ) | |
| ) | |
| Defendant. ) | |
| MELLACONIC IP LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 22-541-CFC |
| ) | |
| DEPUTY, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

At Wilmington on this Third day of May in 2023:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Set Aside Memorandum Order of November 10, 2022 (No. 22-244, D.I. 26; No. 22-541, D.I. 19) is **DENIED** and Plaintiff shall **COMPLY** with the November 10, 2022 Memorandum Order (No.

22-244, D.I. 22; No. 22-541, D.I. 15) no later than May 10, 2023.

_____
CHIEF JUDGE